IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MKS INSTRUMENTS, INC., | |
| Plaintiff, | No. C 09-02297 JSW |
| v. | |
| NEW POWER PLASMA and DOES 1-10, inclusive, | **ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Defendants. | |

This matter comes before the Court upon consideration of the application for a temporary restraining order filed by Plaintiff MKS Instruments, Inc.

Defendant New Power Plasma is HEREBY ORDERED to e-file its response to Plaintiff's application not exceed fifteen pages by no later than 3:00 p.m. on Friday, June 19, 2009, and shall hand deliver a copy of its response to the Court's chambers by no later than 4:00 p.m. on that date.

Plaintiff may file and serve a reply brief not to exceed ten pages by no later than 10:00 a.m. on Monday, June 22, 2009, and shall cause a copy of that brief to be hand-delivered to the Court's chambers by no later than 11:00 a.m. on that date.

The Court FURTHER ORDERS that this matter shall be set for a hearing on Wednesday, June 24, 2009 at 11:00 a.m., but reserves the right to vacate the hearing if, after considering the parties papers it determines that a hearing is not warranted.

Plaintiff is FURTHER ORDERED to serve a copy of this Order on Defendant by 4:00

1  p.m. on June 17, 2009 and to file proof of such service with the Court.

2  **IT IS SO ORDERED.**

4  Dated: June 17, 2009

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2