**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MKS INSTRUMENTS, INC.,

    Plaintiff,

v.

NEW POWER PLASMA and DOES 1-10, inclusive,

    Defendants.

                                                /

No. C 09-02297 JSW

**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE**

      Pursuant to Local Rule 72-1, the letter dated July 9, 2009 and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: July 9, 2009

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

cc: Wings Hom