UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MKS INSTRUMENTS INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C09-2297 JSW (BZ) |
| | ) | |
| v. | ) | **INITIAL DISCOVERY ORDER** |
| | ) | |
| NEW POWER PLASMA and DOES 1-10, inclusive, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1

1    The party seeking discovery shall request a conference in a

2    letter **filed electronically** not exceeding two pages (with no

3    attachments) which briefly explains the nature of the action

4    and the issues in dispute.  Other parties shall reply in

5    similar fashion within two days of receiving the letter

6    requesting the conference.  The Court will contact the parties

7    to schedule the conference.

8         After the conference with the Court, if filing papers is

9    deemed necessary, they should be filed **electronically** with the

10   Clerk's Office, with **one hard copy delivered directly to**

11   **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A

12   chambers copy of all briefs shall be submitted on a diskette

13   formatted in WordPerfect or e-mailed to the following address:

14   **bzpo@cand.uscourts.gov**

15   Dated: July 10, 2009

16                                 _____
                                        Bernard Zimmerman
17                                 United States Magistrate Judge

18
     G:\BZALL\-REFS\MKS V. NEW POWER\INITIAL DISCOVERY ORDER.wpd
19

20

21

22

23

24

25

26

27

28

                                   2