**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MKS INSTRUMENTS, INC., | ) CASE NO. C 09-02297 JSW |
| Plaintiff, | ) |
| | ) [PROPOSED] STIPULATED |
| vs. | ) INTERIM ORDER |
| | ) |
| NEW POWER PLASMA and DOES 1-10, inclusive, | ) |
| Defendants. | ) Date: |
| | ) Time: |
| | ) Location:   Courtroom 11 |
| | )              United States Courthouse |
| | )              450 Golden Gate Avenue |
| | )              San Francisco, Cal. 94102 |
| | ) |

The parties, MKS Instruments, Inc. ("MKS") and New Power Plasma ("NPP"), pursuant to the Court's suggestion at the July 31, 2009 hearing, and subject to the Court's endorsement, have stipulated to the following terms of an interim order:

1.   Pending disposition of the present litigation on the merits, NPP agrees not to make, use (including use in testing or qualification processes), offer to sell, or sell its products in the U.S., import its products into the U.S., or to provide such products to third parties for testing or qualification processes in the U.S.

2.   The accused NPP devices are to remain in storage and not used for any purpose at Applied Materials, Inc. until the disposition of the present litigation on the merits.  Alternatively, if Applied Materials, Inc. will not continue its storage of the NPP devices in this jurisdiction, NPP will store the devices at its expense within the Court's jurisdiction.

3.      This Court shall retain jurisdiction of this matter for enforcement of this stipulation through trial and disposition of this case on the merits.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED: August 4, 2009                    /s/ Christopher D. Sullivan
                                         Attorneys for Plaintiff
                                         MKS INSTRUMENTS, INC.

                                         Christopher D. Sullivan, SBN 148083
                                         csullivan@mcgranegreenfield.com
                                         MCGRANE GREENFIELD, LLP
                                         1 Ferry Bldg Ste 220
                                         San Francisco, CA 94111
                                         Telephone:  (415) 283-1776
                                         Facsimile:  (415) 283-1777

                                         Steven M. Bauer*
                                         sbauer@proskauer.com
                                         Kimberly A. Mottley*
                                         kmottley@proskauer.com
                                         PROSKAUER ROSE LLP
                                         One International Place
                                         Boston, Massachusetts 02110-2600
                                         Telephone: (617) 526-9600
                                         Facsimile: (617) 526-9899
                                         *admitted *pro hac vice*


DATED: August 4, 2009                    /s/ Paul Grandinetti
                                         Attorneys for Defendants
                                         NEW POWER PLASMA and DOES 1-10

                                         John H. Patton, SBN 69,261
                                         jpatton@mcnicholsbeers.com
                                         David M. Austin, SBN 215,371
                                         daustin@mcnicholsbeers.com
                                         MCNICHOLS BEERS LLP
                                         6600 Koll Center Parkway, Suite 250
                                         Pleasanton, California 94566-8058
                                         Telephone (925) 600-1800

[PROPOSED] STIPULATED INTERIM ORDER                                    2
Case No. C 09-02297-JSW

Paul Grandinetti*
Rebecca J. Stempien*
LEVY & GRANDINETTI
1156 Fifteenth Street, N.W., Suite 603
Washington, D.C. 20005
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com
*admitted *pro hac vice*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____     _____

August 4, 2009

JEFFREY S. WHITE
United States District Court Judge