# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MKS INSTRUMENTS, INC.,<br><br>                    Plaintiff,<br><br>          vs.<br><br>NEW POWER PLASMA and DOES 1-10, inclusive,<br><br>                    Defendants. | CASE NO. C 09-02297 JSW<br><br>**[PROPOSED] ORDER**<br>**CONTINUING CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Date:          August 28, 2009<br>Time:          1:30 p.m.<br>Location:     Courtroom 11<br>                   United States Courthouse<br>                   450 Golden Gate Ave.<br>                   San Francisco, CA 94102 |

In accordance with the joint request for the parties in the NOTICE OF NEED FOR ADR

PHONE CONFERENCE; RESPONSE TO NOTICE RE: NONCOMPLIANCE WITH COURT

ORDER; AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE filed on

August 24, 2009 [Docket No. 63], the Case Management Conference currently set for August 28,

2009, is continued until November 19, 2009 at 1:30 p.m.

IT IS SO ORDERED.

DATED: August 25, 2009 _____

_____
JEFFREY S. WHITE
United States District Court Judge

1
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Case No. C 09-02297-JSW