1 | Christopher D. Sullivan, SBN 148083
csullivan@mcgranegreenfield.com
2 | McGRANE GREENFIELD, LLP
One Ferry Building, Suite 220
3 | San Francisco, California 94111
Telephone (415) 283-1776
4 | Facsimile (415) 283-1777

5 | Steven M. Bauer*
sbauer@proskauer.com
6 | Kimberly A. Mottley*
kmottley@proskauer.com
7 | PROSKAUER ROSE LLP
One International Place
8 | Boston, Massachusetts 02110
Telephone (617) 526-9600
9 | Facsimile (617) 526-9899
*admitted *pro hac vice*
10 |
Attorneys for Plaintiff
11 | **MKS INSTRUMENTS, INC.**

Paul Grandinetti*
Rebecca J. Stempien*
LEVY & GRANDINETTI
1156 Fifteenth Street, N.W., Suite 603
Washington, D.C. 20005
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com
*admitted *pro hac vice*

Attorneys for Defendants
**NEW POWER PLASMA and
DOES 1-10 inclusive**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MKS INSTRUMENTS, INC., | ) | Case No.:  C 09-02297 JSW (JL) |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION** |
| v. | ) ) | |
| NEW POWER PLASMA and DOES 1-10, inclusive | ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

IT IS HEREBY STIPULATED by and between MKS Instruments, Inc. ("MKS Instruments")

and New Power Plasma Co., Ltd. ("New Power Plasma") (collectively the "Parties") that the

time to achieve final documentation of the settlement terms decided upon during the Settlement

Conference, held on February 16, 2010 before the Honorable James Larson, Magistrate, is

extended through and including April 7, 2010.  The Parties have been using all reasonable best

1

1   efforts to agree on the terms of the license agreement, and assert that additional time is necessary

2   to continue and complete negotiations.

3

4   DATED:  March 18, 2010                           /s/ Chris Sullivan

5                                              Attorney for Plaintiff
                                               MKS INSTRUMENTS, INC.
6                                              Christopher D. Sullivan, SBN 148083
                                               csullivan@mcgranegreenfield.com
7                                              MCGRANE GREENFIELD, LLP
                                               1 Ferry Bldg Ste 220
8                                              San Francisco, California 94111
                                               Telephone:  (415) 283-1776
9                                              Facsimile:  (415) 283-1777
                                                       and
10                                             Steven M. Bauer*
11                                             sbauer@proskauer.com
                                               Kimberly A. Mottley*
12                                             kmottley@proskauer.com
                                               PROSKAUER ROSE LLP
13                                             One International Place
                                               Boston, Massachusetts 02110-2600
14                                             Telephone:  (617) 526-9600
                                               Facsimile:  (617) 526-9899
15                                             * admitted *pro hac vice*
16

17

18   DATED:  March 18, 2010                          /s/ Paul Grandinetti

19                                             Attorneys for Defendants
                                               NEW POWER PLASMA CO., LTD.
20                                             Paul Grandinetti*
                                               Rebecca J. Stempien*
21                                             LEVY & GRANDINETTI
                                               1156 Fifteenth Street, N.W., Suite 603
22                                             Washington, D.C. 20005
                                               Telephone:  (202) 429-4560
23                                             Facsimile:  (202) 429-4564
                                               mail@levygrandinetti.com
24                                             *admitted *pro hac vice*

25

26

27

28

2

**IT IS SO ORDERED:**

_____March 18, 2010_____
Date

_____

**UNITED STATES MAGISTRATE JUDGE
DISTRICT**

3