| | |
|---|---|
| Christopher D. Sullivan, SBN 148083 | Paul Grandinetti* |
| csullivan@mcgranegreenfield.com | Rebecca J. Stempien* |
| McGRANE GREENFIELD, LLP | LEVY & GRANDINETTI |
| One Ferry Building, Suite 220 | 1156 Fifteenth Street, N.W., Suite 603 |
| San Francisco, California 94111 | Washington, D.C. 20005 |
| Telephone (415) 283-1776 | Telephone (202) 429-4560 |
| Facsimile (415) 283-1777 | Facsimile (202) 429-4564 |
| | mail@levygrandinetti.com |
| Steven M. Bauer* | *admitted *pro hac vice* |
| sbauer@proskauer.com | |
| Kimberly A. Mottley* | Attorneys for Defendants |
| kmottley@proskauer.com | **NEW POWER PLASMA and** |
| PROSKAUER ROSE LLP | **DOES 1-10 inclusive** |
| One International Place | |
| Boston, Massachusetts 02110 | |
| Telephone (617) 526-9600 | |
| Facsimile (617) 526-9899 | |
| *admitted *pro hac vice* | |

Attorneys for Plaintiff
**MKS INSTRUMENTS, INC.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MKS INSTRUMENTS, INC., | Case No. C 09-02297 JSW (JL) |
| Plaintiff, | **JOINT REQUEST TO STAY** |
| | **FURTHER CASE MANAGEMENT** |
| v. | **CONFERENCE** |
| | **AND ORDER THEREON** |
| NEW POWER PLASMA and DOES 1-10, inclusive, | |
| Defendants. | |

MKS Instruments, Inc. ("MKS Instruments") and New Power Plasma Co., Ltd. ("New Power Plasma"), (collectively, the "Parties") jointly request that the further Case Management Conference and joint supplemental case management statement be stayed pending the Parties' continuing efforts to complete negotiations for settlement.

The further Case Management Conference is currently scheduled to occur on April 2, 2010, at 1:30 p.m., and the joint supplemental case management statement is currently due on March 26, 2010. (Dkt. 77.)

On February 16, 2010, the Parties attended Settlement Conference before the Honorable James Larson, Magistrate. At that conference the Parties agreed to, and entered into on the record, a settlement agreement. Since February 16, 2010, the Parties have been working to achieve final documentation of the settlement terms and to agree on the terms of the license agreement.

On March 19, 2010, the Court entered the Parties' stipulation extending the time to achieve final documentation of the agreement until April 7, 2010. (Dkt. 87.)

In light of the Parties' ongoing discussions and efforts to reach a final agreement, the further Case Management Conference and joint supplemental case management statement may be unnecessary. Therefore, the Parties request that the further Case Management Conference and joint supplemental case management statement be stayed.

DATED: March 25, 2010            /s/ Christopher D. Sullivan_____
                                 Attorney for Plaintiff
                                 MKS INSTRUMENTS, INC.
                                 Christopher D. Sullivan, SBN 148083
                                 csullivan@mcgranegreenfield.com
                                 MCGRANE GREENFIELD, LLP
                                 One Ferry Building, Suite 220
                                 San Francisco, California 94111
                                 Telephone (415) 283-1776
                                 Facsimile (415) 283-1777
                                         and
                                 Steven M. Bauer*
                                 sbauer@proskauer.com
                                 Kimberly A. Mottley*
                                 kmottley@proskauer.com
                                 PROSKAUER ROSE LLP
                                 One International Place
                                 Boston, Massachusetts 02110-2600
                                 Telephone (617) 526-9600
                                 Facsimile (617) 526-9899
                                 * admitted *pro hac vice*

2
JOINT REQUEST TO STAY FURTHER CASE MANAGEMENT CONFERENCE

1

2  DATED:  March 25, 2010            /s/ Rebecca J. Stempien_____
                                    Attorneys for Defendants
3                                   NEW POWER PLASMA CO., LTD.
                                    Paul Grandinetti*
4                                   Rebecca J. Stempien*
                                    LEVY & GRANDINETTI
5                                   1156 Fifteenth Street, N.W., Suite 603
                                    Washington, D.C. 20005
6                                   Telephone (202) 429-4560
7                                   Facsimile (202) 429-4564
                                    mail@levygrandinetti.com
8                                   *admitted *pro hac vice*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
JOINT REQUEST TO STAY FURTHER CASE MANAGEMENT CONFERENCE

1  **IT IS SO ORDERED:** The parties shall file either a stipulation of dismissal or a joint status report by no later than April 9, 2010.

3  ___March 25, 2010___                    ___[signature: Jeffrey S. White]___
Date
4                                           **UNITED STATES DISTRICT JUDGE**