1  Christopher D. Sullivan, SBN 148083          Paul Grandinetti*
   csullivan@mcgranegreenfield.com              Rebecca J. Stempien*
2  McGRANE GREENFIELD, LLP                      LEVY & GRANDINETTI
   One Ferry Building, Suite 220                1156 Fifteenth Street, N.W., Suite 603
3  San Francisco, California 94111              Washington, D.C. 20005
   Telephone (415) 283-1776                     Telephone (202) 429-4560
4  Facsimile (415) 283-1777                     Facsimile (202) 429-4564
                                                mail@levygrandinetti.com
5  Steven M. Bauer*                             *admitted *pro hac vice*
   sbauer@proskauer.com
6  Kimberly A. Mottley*                         Attorneys for Defendants
   kmottley@proskauer.com                       **NEW POWER PLASMA and
7  PROSKAUER ROSE LLP                           DOES 1-10 inclusive**
   One International Place
8  Boston, Massachusetts 02110
   Telephone (617) 526-9600
9  Facsimile (617) 526-9899
   *admitted *pro hac vice*
10
   Attorneys for Plaintiff
11 **MKS INSTRUMENTS, INC.**

12

13                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA

14 MKS INSTRUMENTS, INC.,                  )   Case No.: C 09-02297 JSW (JL)
                                           )
15                 Plaintiff,              )   **SECOND STIPULATION AND
                                           )   [PROPOSED] ORDER FOR
16      v.                                 )   EXTENSION**
                                           )
17 NEW POWER PLASMA and DOES 1-10,         )
   inclusive                              )
18                                         )
                                           )
19                 Defendants.             )
                                           )
20                                         )
                                           )
21 _____)

22 IT IS HEREBY STIPULATED by and between MKS Instruments, Inc. ("MKS Instruments")

23 and New Power Plasma Co., Ltd. ("New Power Plasma") (collectively the "Parties") that the

24 time to achieve final documentation of the settlement terms decided upon during the Settlement

25

26 Conference, held on February 16, 2010 before the Honorable James Larson, Magistrate, is

27 extended through and including April 30, 2010.  The Parties have been using all reasonable best

28

efforts to agree on the terms of the license agreement and have made significant progress, and

assert that additional time is necessary to continue and complete negotiations.



DATED:  April 7, 2010                              ___/s/ Chris Sullivan_____
                                                   Attorney for Plaintiff
                                                   MKS INSTRUMENTS, INC.
                                                   Christopher D. Sullivan, SBN 148083
                                                   csullivan@mcgranegreenfield.com
                                                   MCGRANE GREENFIELD, LLP
                                                   1 Ferry Bldg Ste 220
                                                   San Francisco, California 94111
                                                   Telephone:  (415) 283-1776
                                                   Facsimile:  (415) 283-1777
                                                           and
                                                   Steven M. Bauer*
                                                   sbauer@proskauer.com
                                                   Kimberly A. Mottley*
                                                   kmottley@proskauer.com
                                                   PROSKAUER ROSE LLP
                                                   One International Place
                                                   Boston, Massachusetts 02110-2600
                                                   Telephone:  (617) 526-9600
                                                   Facsimile:  (617) 526-9899
                                                   * admitted *pro hac vice*



DATED:  April 7, 2010                              ___/s/ Paul Grandinetti_____
                                                   Attorneys for Defendants
                                                   NEW POWER PLASMA CO., LTD.
                                                   Paul Grandinetti*
                                                   Rebecca J. Stempien*
                                                   LEVY & GRANDINETTI
                                                   1156 Fifteenth Street, N.W., Suite 603
                                                   Washington, D.C. 20005
                                                   Telephone:  (202) 429-4560
                                                   Facsimile:  (202) 429-4564
                                                   mail@levygrandinetti.com
                                                   *admitted *pro hac vice*

2

SECOND STIPULATION AND [PROPOSED] ORDER FOR EXTENSION

1  **IT IS SO ORDERED:**

2

3  ____April 7, 2010____

4  Date

   **UNITED STATES DISTRICT JUDGE**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7716/49548-327
Current/1843575
5v1

SECOND STIPULATION AND [PROPOSED] ORDER FOR EXTENSION